IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

Paula Phillipson Buckley

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
Danny and Tammy Wilson,
James Davis AKA Elaine Lancaster
for Saxony O Condominium
Ryan Pollakoff

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

FILED BY _____ YES _____ D.C.

MAY 27 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bula Phillipson Buckley |
| Street Address | 717 Saxony O |
| City and County | Delray Beach – Palm Beach County |
| State and Zip Code | Florida - 33446 |
| Telephone Number | 862-686-0046 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Danny and Tammy Wilson |
| Job or Title (if known) | Owners of Wilson Landscaping and Management Corp |
| Street Address | 1300 NW 17th Ave Suite 270 |
| City and County | Delray Beach  Palm Beach Ca |
| State and Zip Code | Florida 33445 |
| Telephone Number | 561-637-3402 |
| E-mail Address (if known) | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | James Davis AKA Elaine Lancaster |
| Job or Title | Pres. Saxony O condominium |

2

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Paula Philipson Buckley
   Street Address: 917 Saxony O
   City and County: Delray Beach, Palm Beach Company
   State and Zip Code: Florida 33446
   Telephone Number: 862-686-0046
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: James Davis AKA Elaine Lancaster
   Job or Title (if known): Pres. of Saxony O Condominium
   Street Address: C/o Vesta Property Service
   City and County: 751 Park of Commerce Dr Suite 118
   State and Zip Code: Boca Raton, FL 33487
   Telephone Number: 561-245-4444
   E-mail Address (if known):

   ☐ Individual capacity   -   ☒ Official capacity

   Defendant No. 2
   Name: Ryan Poliakoff
   Job or Title: Lawyer

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Paula Philypsen Buckley
Street Address: 717 Saxony O
City and County: Delray Beach    Palm Beach Company
State and Zip Code: Florida 33446
Telephone Number: 862-686-0046
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1 —
Name: Ryan Poliakoff
Job or Title (if known): Lawyer
Street Address: 400 S. Dixie Hwy #420
City and County: Boca Raton   Palm Beach Co.
State and Zip Code: Florida 33432
Telephone Number: 561 361 8535
E-mail Address (if known):

☐ Individual capacity    ☒ Official capacity

Defendant No.
Name:
Job or Title:

2

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Saxony O Delray Beach Florida Condominium

B. What date and approximate time did the events giving rise to your claim(s) occur?

Around March 28th 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I discovered the Board of Saxony O, Wilson Management abetted by Ryan Poliakof were engaged in insurance fraud. I did not want to be a part of it and sent a letter to all occupants of Saxony O the night before the board meeting warning them of what was happening (I do not have copy of letter) The following is what happen to me since - My civil rights were trampled on - Freedom of Speech - Torture and inhuman treatment in the form of Revenge, Libel, slander and deflamation of character. See - Following pages.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____
_____
_____
_____
_____
_____
_____

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$300,000 Punitive Damage
— $500,000 Emotional Distress
$15,000 Actual Damage
— Full Audit of Saxony O Cond. for 4 years for three defendents — will prove all my allegations
— Money amount — 4 years of torture the rest of my life away from Saxony and monies for my children for their loss.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 27, 2021.

Signature of Plaintiff  Paula P. Buckley

Printed Name of Plaintiff  Paula P. Buckley

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____